**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**
-----------------------------------X
GREGORY BRACEY,                    :
                                   :
        Plaintiff,                 :          **ORDER**
                                   :
    -against-                      :
                                   :          **3: 00 CV 231 (GLG)**
BOARD OF EDUCATION OF THE          :
CITY OF NEW HAVEN,                 :
                                   :
        Defendants.                :
-----------------------------------X

In the decision of May 11, 2004, the Court of Appeals found that the jury's award of $250,000 was excessive and vacated the award remanding for further proceedings. It said the District Court may offer Bracey the option of accepting a remittitur or face a re-trial on damages. Consequently, we order a remittitur reducing the damages to $107,000. The plaintiff will have 10 days from the date of this Order in which to decide whether or not to accept the remittitur. If he does not, the Court will order a new trial solely on damages.

**SO ORDERED.**

**Dated:   May 18, 2004**
**         Waterbury, CT**                    _____/s/_____
                                              **Gerard L. Goettel**
                                              **U.S.D.J.**