# MANDATE
## United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, Foley Square, in the City of New York, on the 11th day of May, two thousand and four

Before:  Hon. Richard J. Cardamone,
Hon. Robert D. Sack,
Hon. John R. Gibson*,
*Circuit Judges*

Docket No. 03-7094

[FILED MAY 11 2004 – UNITED STATES COURT OF APPEALS SECOND CIRCUIT]

GREGORY BRACEY,
      Plaintiff-Appellee,
v.

BOARD OF EDUCATION OF CITY OF BRIDGEPORT, STAMFORD BOARD OF EDUCATION, STARLETT WILDER, MARIA TORRADO-LYONS,
      Defendants,

NEW HAVEN BOARD OF EDUCATION,
      Defendant-Appellant.

Appeal from the United States District Court for the District of Connecticut.

This cause came on to be heard on the transcript of record from the United States District Court for the District of Connecticut and was argued by counsel.

On consideration whereof, it is hereby ORDERED, ADJUDGED and DECREED that the judgment of said district court be and it hereby is AFFIRMED in part and VACATED and REMANDED in part in accordance with the opinion of this Court. Each party shall bear his or its own costs.

A TRUE COPY
Roseann B. MacKechnie, CLERK
by [signature]
DEPUTY CLERK

FOR THE COURT:
ROSEANN B. MACKECHNIE, Clerk
by [signature]

Arthur M. Heller
Motions Staff Attorney

---

* The Honorable John R. Gibson of the United States Court of Appeals for the Eighth Circuit, sitting by designation.

ISSUED AS MANDATE: JUN - 2 2004