ref

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

BRACY                                    :

v.                                       :   NO. 3:00cv231 (JBA)

NEW HAVEN BOARD OF ED., ET AL :

FILED
Aug 27  12 04 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN

## ORDER OF REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge Joan Glazer Margolis for the following purpose(s):

- Ruling on all pretrial motions except dispositive motions:

- Supervise discovery and resolve discovery disputes:

- Ruling on the following motion(s):

✔ - Settlement conference.

- Other:

IT IS SO ORDERED.

Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut: August 26, 2004