IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

```
--------------------------------------------------------x
                                        :
GREGORY BRACEY                          :    3:00 CV 231 (JBA)
                                        :
v.                                      :
                                        :
NEW HAVEN BOARD OF EDUCATION            :    DATE: SEPTEMBER 28, 2004
                                        :
--------------------------------------------------------x
```

ORDER

On August 27, 2004, U.S. District Judge Janet Bond Arterton referred this file to this Magistrate Judge to hold a settlement conference. (Dkt. #100). Jury selection will be held before Judge Arterton on November 3, 2004. (Dkt. #101). The settlement conference is scheduled for October 26, 2004, at 10:00 a.m. Plaintiff has been represented by two different attorneys during this litigation.

In order to enhance the potential for settlement, **on or before October 8, 2004**, Attorney Rebecca Johnson shall provide Attorney Earl Williams with the original, or a copy, of her file of this matter, so that Attorney Williams can appropriately prepare for a meaningful settlement conference.

Dated at New Haven, Connecticut, this 28th day of September, 2004.

_____/s/_____
Joan Glazer Margolis
United States Magistrate Judge