UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GREGORY BRACEY | ) | |
| | ) | |
| Plaintiff, | ) | No. 3:00 CV-231 (JBA) |
| v. | ) | |
| | ) | |
| BOARD OF EDUCATION OF THE TOWN AND CITY OF NEW HAVEN, MARIA TORRADO-LYONS, STARLETT WILDER, AND THE STAMFORD BOARD OF EDUCATION, | ) | |
| | ) | |
| Defendants. | ) | October 5, 2004 |

## DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE TRIAL BRIEF

Pursuant to Local Rule 7(b), the defendant, Board of Education of the Town and City of New Haven ("Board"), respectfully requests that this Court extend the time by which the Board must submit its trial brief to November 1, 2004. In support of this motion, the Board states the following:

1. On September 4, 2004, this Court ordered that trial briefs were to be submitted in this case by no later than October 10, 2004 and that a jury would be selected on November 3, 2004.

2. At the request of the Board, the matter was also referred to Magistrate Judge Margolis for a settlement conference.

3. The settlement conference has been scheduled for October 26, 2004 at 10:00 a.m.

4. The Board wishes to avoid the expense of preparing its trial brief if at all possible and requests, therefore, that submission of that brief be delayed until after the October 26 settlement conference with Magistrate Judge Margolis has been concluded.

5. Pursuant to Local Rule 7(b), the undersigned states that he has made diligent efforts to contact Attorney Earl Williams regarding this matter, but has been unable to locate a telephone listing for him.

6. This is the first motion for extension of time by the Board with respect to the limitation for submission of trial briefs.

WHEREFORE, the Board respectfully requests that this Court extend until November 1, 2004 the date by which trial briefs must be submitted in this case.

Respectfully Submitted,

THE DEFENDANT
BOARD OF EDUCATION OF THE TOWN AND
CITY OF NEW HAVEN

By_____
Charles D. Ray (CT 13211)
McCarter & English, LLP
CityPlace I
Hartford, CT 06103
(860) 275-6700
(860) 724-3397 (facsimile)
cray@mccarter.com

Its Attorneys

## CERTIFICATE OF SERVICE

I hereby certify that on October 5, 2004 a copy of the foregoing was served via overnight delivery on the following:

Earl I. Williams
P.O. Box 3186
New Haven, CT  06510

_____
Charles D. Ray (CT 13211)

HARTFORD: 624326.01