**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

**BRACY**                              :

**v.**                                 :   **NO. 3:00cv231 (JBA)**

**NEW HAVEN BOARD OF ED., ET AL**      :


**ENDORSEMENT ORDER [DOC. #104]**

Motion for Extension of Time to File Trial Brief [doc. #104] is GRANTED for good cause shown, as follows:

1. The parties' Joint Trial Memorandum will be filed 11/1/04.

2. A pre-trial conference will be held 11/2/04 at 1:30 p.m. in Chambers Room 118.

3. Jury selection will be held 11/3/04, 10:00 a.m., Courtroom Two.

                                        IT IS SO ORDERED.


                                        _____
                                        Janet Bond Arterton
                                        United States District Judge

**Dated at New Haven, Connecticut: October    , 2004**