UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

GREGORY BRACEY )
)
Plaintiff, ) No.3:00 CV-231 (JBA)
v. )
)
BOARD OF EDUCATION OF THE TOWN )
AND CITY OF NEW HAVEN, MARIA )
TORRADO-LYONS, STARLETT WILDER )
AND THE STAMFORD BOARD OF EDUCATION )
Defendants ) October 7, 2004

FILED
OCT 8  1 15 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

## PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO SELECT JURY

Pursuant Local Rules 7(b), the plaintiff, Gregory Bracey ["Bracey'], respectfully requests this court to extend time by which the plaintiff to select its jury to January 11, 2005. In support of this motion Bracey states the following:

1.  On September 4, 2004, this Court ordered trial briefs to be submitted not later than October 10, 2004 and that a jury will be selected on November 3, 2004.

2.  This Court also ordered the matter referred to Judge Margolis for settlement conference on October 26, 2004 at 10:00 a.m.

3.  The undersigned attorney was not counsel of record in the trial of the issue of fact before Judge Goetell and appears in this case only post trial as appears on file and subsequently appeared in the 2nd Circuit as Appellate counsel and he has insufficient knowledge to act as trial counsel in this matter.

4. The undersigned attorney is not privileged to the Bracey file which upon information and belief is still in the possession and control of Attorney Rebecca Johnson.

5. Judge Margolis has ordered Attorney Johnson to provide the undersigned counsel with the original or copy of the Bracey file on or before October 8, 2004 to appropriately prepare for a meaningful settlement conference.

6. Even if Attorney Johnson does timely comply with Magistrate Judge Margolis' order, the undersigned attorney does not believe that he will have sufficient time to appropriately prepare for a trial by October 10, 2004.

7. Another factor hampering the undersigned attorney is that he is not in contact with Bracey nor he discussed the issues scheduled for trial with Bracey.

8. In the undersigned attorney's last contact with Attorney Johnson, she advised that she had appointed as trial counsel Attorney Max Brunswick of 12 Trumbull Street, New Haven, Connecticut 06510.

9. The Court's record does not indicate Attorney Brunswick has filed an Appearance in this matter nor has undersigned counsel been able to contact Attorney Brunswick by phone other than leaving voice mails to which no response have been had.

10. Pursuant to Local Rule 7(b), the undersigned counsel states that he has discussed this motion with Attorney Charles D. Ray who took no position on it.

11. This is the first Motion for Extension of Time by Bracey.

WHEREFORE, Bracey respectfully requests that this Court extend until January 11, 2005 to file its trial brief.

Respectfully Submitted,

THE PLAINTIFF
GREGORY BRACEY

By /s/
Earl I. Williams
P.O. Box 3186
New Haven, CT 06515
(203) 389-4485
(203) 387-0540 (facsimile)

## CERTIFICATION OF SERVICE

I hereby certify that on October 7, 2004 a copy of the foregoing was served vial overnight delivery on the following:

Charles D. Ray, Esquire
McCarter & English, LLP
CityPlace I
Hartford, CT 06103

/s/
Earl I. Williams