**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| **BRACY** | : |
| **v.** | : **NO. 3:00cv231 (JBA)** |
| **NEW HAVEN BOARD OF ED., ET AL** | : |

### ENDORSEMENT ORDER [DOC. #106]

Motion for Extension of Time to Select Jury [doc. #106] is GRANTED for good cause shown, as follows:

1. The parties' Joint Trial Memorandum will be filed 12/3/04.

2. A pre-trial conference will be held 12/10/04 at 4:00 p.m. in Chambers Room 118.

3. Jury selection will be held 1/5/05, 9:00 a.m., Courtroom Two.

IT IS SO ORDERED.

Janet Bond Arterton
United States District Judge

**Dated at New Haven, Connecticut: October    , 2004**