UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GREGORY BRACEY | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. 3:00 CV-231 (JBA) |
| v. | ) | |
| | ) | |
| NEW HAVEN BOARD OF EDUCATION, | ) | |
| | ) | |
| Defendants. | ) | October 22, 2004 |

## APPEARANCE

Please enter my appearance on behalf of the defendant New Haven Board of Education in the above-captioned matter.

Dated at Hartford, Connecticut this 22nd day of October, 2004.

THE DEFENDANT,
NEW HAVEN BOARD OF EDUCATION
BY McCARTER & ENGLISH, LLP
ITS ATTORNEYS

By_____
   Wendi J Kemp (CT 11185)
   CityPlace I, 185 Asylum Street
   Hartford, CT  06103
   Telephone:  (860) 275-6700
   Facsimile:  (860) 724-3397
   Email:  wkemp@mccarter.com

CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing APPEARANCE has been mailed, postage prepaid, this 22nd day of October, 2004 to:

Earl I. Williams
129 Church Street
Suite 505
New Haven, CT  06510

_____
Wendi J. Kemp (CT 71185)

.HrtLib1:416967.1 10/22/2004