UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **BRACEY** | : |
| **v.** | :  **NO. 3:00cv231 (JBA)** |
| **BOARD OF EDUCATION, ET AL** | : |

## NOTICE TO COUNSEL

On November 23, 2004, Attorney Ray reported the above-entitled case as settled.  Under D. Conn. L. Civ. P. 41(b), a matter reported to be settled is to be dismissed if closing papers are not filed within (30) days thereafter.

Accordingly, an order of dismissal will be entered on December 23, 2004 unless closing papers are filed on or before that date.

The Court appreciates the parties' efforts in settling this matter.

```
                                    BY ORDER OF THE COURT,
                                    KEVIN F. ROWE, CLERK


                                    _____/s/_____
                                    Betty Jean Torday
                                    Courtroom Deputy
```

**Dated at New Haven, Connecticut: November 23, 2004**