UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GREGORY BRACEY | : | |
| vs | : | Civil No. 3:00CV231 (JBA) |
| NEW HAVEN BD OF EDUCATION<br>CITY OF BRIDGEPORT BD OF<br>EDUCATION, STAMFORD BD OF<br>EDUCATION, MARIA TORRADO-LYONS<br>STARLETT WILDER | :<br><br><br><br>: | |

FILED
2004 DEC 22 A 11: 51
U.S. DISTRICT COURT
NEW HAVEN, CT

### ORDER OF DISMISSAL

Notice having been sent to counsel of record on November 23, 2004, pursuant to D.Conn.L.Civ.R. 41(b), indicating that the above-entitled case would be dismissed if closing papers were not filed on or before December 23, 2004.

No closing papers having been received and no requests for continuance having been received, it is hereby,

ORDERED that the complaint on file herein, be and hereby is, dismissed pursuant to D.Conn.L.Civ.R. 41(b), without costs to any party and without prejudice to the right of any party thereto to move within 30 days hereof, upon good cause shown, to reopen the case if the settlement has not been consummated.

Dated at New Haven, Connecticut: December 22, 2004

IT IS SO ORDERED:

_____
Janet Bond Arterton
United States District Judge